IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCHLICHTING, VICTORIA MARIE | ) | Case No. 07-00940TUC EWH |
| | ) | |
| | ) | APPLICATION FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

I, Gayle E. Mills, Trustee, hereby report that the following dividend check representing surplus funds returned to the Debtor, has been issued and returned by the Postal Service, and not otherwise presented for payment, and despite efforts to locate the Debtor, no forwarding address has been found.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 02/18/2010 | Victoria M. Schlichting<br>8339 E. Ruby Dr.<br>Tucson, AZ 85730 | $ 1,308.87 |

There being no other claimants available, the Trustee asks that an Order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,308.87 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| April 28, 2010 | /s/ Gayle E. Mills |
| Date | Gayle E. Mills, Trustee |